# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Alex Dietmar Bolivar Rodriguez-Campoverde

V.

Alberto Gonzales, Michael Chertoff, Ron Smith, Anthony J. Cerone

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 07-CV-1081 W (BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court denies Petitioner's 2241 writ of habeas corpus...

| October 4, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A. Everill
(By) Deputy Clerk

ENTERED ON October 4, 2007

07-CV-1081 W (BLM)